| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA  93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | DAVID SCHMALL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-po-00314-SAB |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| vs. | |
| DAVID SCHMALL, | DATE:  March 19, 2020 |
| | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and Assistant Federal Defender Matthew Lemke, counsel for defendant David Schmall, that the status conference currently scheduled for March 19, 2020, may be continued to April 16, 2020, at 10:00 a.m.  The parties request this short extension in order to obtain documents relevant to the license violation allegation.

/ /

/ /

/ /

/ /

/ /

/ /

Respectfully submitted,
HEATHER E. WILLIAMS

Federal Defender

Date: March 16, 2020

*/s/ Matthew Lemke*
MATTHEW LEMKE
Assistant Federal Defender
Attorney for Defendant
DAVID SCHMALL

MCGREGOR W. SCOTT
United States Attorney

Date: March 16, 2020

*/s/ William Taylor*
WILLIAM TAYLOR
Special Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

Based on a showing of good cause, the Court hereby orders that the status conference currently scheduled for March 19, 2020, is continued to April 16, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated: __**March 16, 2020**__

UNITED STATES MAGISTRATE JUDGE