# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:19-po-00314-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO SURRENDER TO THE UNITED STATES MARSHAL'S OFFICE ON DECEMBER 11, 2020 |
| v. | |
| DAVID G. SCHMALL, | |
| Defendant. | |

On November 24, 2020, a judgment issued in this matter and Defendant David G. Schmall was ordered to report to the Fresno County Jail on December 11, 2020, to serve a total of three days of imprisonment.  In order to be committed to the custody of the Federal Bureau of Prisons, Defendant is required to be processed through the United States' Marshal's Office. Accordingly, Defendant is HEREBY ORDERED to surrender to the United States Marshal for this district on December 11, 2020 by 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 3, 2020**

_____
UNITED STATES MAGISTRATE JUDGE