**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:19-po-00314-SAB |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| DAVID SCHMALL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

  PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

  **Convicted of:** 1) Driving a Motor Vehicle While Driver's License is Suspended or Revoked for DUI, in violation of 36 C.F.R. §4.2; CA Vehicle Code §14601.2(a)

  2) Operating a Vehicle at a Speed in Excess of the Speed Limit, in violation of 36 C.F.R. §4.21(c)

  **Sentence Date:**   November 19, 2020

  **Review Hearing Date:** September 16, 2021

  **Probation Expires On:** November 19, 2021

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $20 which Total Amount is made up of a Fine: $ 0 Special Assessment: $ 20   Processing Fee: $ 0 Restitution: $ 0

☒  To be paid in full by 1/31/2021.

☐  **Community Service hours Imposed of:**

☒  **Other Conditions:** 3 days of custody, to begin on Friday, December 11, 2020 by 10:00 am.

### *COMPLIANCE:*

☐  Defendant has complied with and completed <u>all</u> conditions of probation described-above.

<u>Otherwise:</u>

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense):

April 16, 2021, Arrest, Visalia S.O., Use/under influence controlled substance, misdemeanor, dispo unknown
April 28, 2021, Arrest, Visalia S.O., Use/under influence controlled substance, misdemeanor, dispo unknown
May 15, 2021, Arrest, Visalia S.O., Failure to Obey Order Juvenile Court, misdemeanor, dispo unknown
May 24, 2021, Arrest, Visalia S.O., Use/under influence controlled substance, misdemeanor, dispo unknown

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date: Click here to enter a date.
                                                                                             Amount:

☒ Compliance with Other Conditions of Probation: Mr. Schmall completed his term of incarceration

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: 9/10/2021                                */s/ Jeffrey Spivak*
                                                   JEFFREY SPIVAK
                                                 Assistant United States Attorney
                                                 Attorney for Plaintiff

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at    Choose an item.

      ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

      ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 9/10/2021                                */s/ Matthew Lemke*
                                                 MATTHEW LEMKE
                                                 Assistant Federal Defender
                                                 Attorney for Defendant

# ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☒ DENIED.

IT IS SO ORDERED.

Dated:   **September 13, 2021**

_____
UNITED STATES MAGISTRATE JUDGE